UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SCALES,

                    Plaintiff,

        -against-

NEW YORK POLICE DEPARTMENT,

                    Defendant.

23-CV-9116 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. By order dated December 7, 2023, the Court granted Plaintiff 60 days' leave to file an amended complaint. (ECF 4.) On February 6, 2024, Plaintiff requested an extension of time to file his amended complaint. (ECF 5.) The Court grants Plaintiff's request. Plaintiff must file his amended complaint within 60 days of the date of this order.

## CONCLUSION

The Court grants Plaintiff's request for an extension of time to file his amended complaint. (ECF 5.) Plaintiff must submit his amended complaint within 60 days of the date of this order. If Plaintiff fails to comply within the time allowed, and he cannot show good cause to excuse such failure, the complaint will be dismissed for the reasons stated in the Court's December 7, 2023 order.

SO ORDERED.

Dated:    February 12, 2024
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge