UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SCALES,

                Plaintiff,

-against-

NEW YORK POLICE DEPARTMENT,

                Defendant.

23-CV-9116 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se*. By order dated December 7, 2023, the Court directed Plaintiff to file an amended complaint within 60 days. On February 12, 2024, the Court granted Plaintiff a 60-day extension of time to comply with that order. On March 12, 2024, Plaintiff submitted a letter "seeking to venue transfer to the Supreme Court of New York," because that court "has jurisdiction in regards to personal injury cases and general police misconduct." (ECF 7.)

      The motion for a "venue transfer" is denied. If Plaintiff wishes to withdraw this complaint without prejudice, he should file a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a). If Plaintiff wishes to proceed in this court, he must file an amended complaint within 60 days from February 12, 2024. If Plaintiff fails to comply within the time allowed, and he cannot show good cause to excuse such failure, the complaint will be dismissed for the reasons stated in the Court's December 7, 2023 order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   March 15, 2024
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge