UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SCALES,<br><br>                              Plaintiff,<br><br>                    -against-<br><br>NYPD,<br><br>                              Defendant. | 23-CV-9116 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued April 9, 2024, directed Plaintiff to file a Second Amended Complaint after he receives information regarding the officers that he alleges used excessive force when arresting him.  A Second Amended Complaint form is attached to this order, for Plaintiff's reference.

SO ORDERED.

Dated:    April 10, 2024
          New York, New York

_____
            DALE E. HO
     United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____                     ___ __ **Civ.** _____ (____)

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*                **SECOND**
**AMENDED**

-against-                                                    **COMPLAINT**__

_____             Jury Trial:  ☐ Yes      ☐ No

_____                                (check one)

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s).  If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)*

I.      **Parties in this complaint:**

A.      List your name, address and telephone number.  If you are presently in custody, include your
        identification number and the name and address of your current place of confinement.  Do the same
        for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff       Name _____

                Street Address _____

                County, City _____

                State & Zip Code _____

                Telephone Number _____

B.      List all defendants.  You should state the full name of the defendant, even if that defendant is a
        government agency, an organization, a corporation, or an individual.  Include the address where
        each defendant may be served.  Make sure that the defendant(s) listed below are identical to those
        contained in the above caption.  Attach additional sheets of paper as necessary.

*Rev. 12/2009*                                    1

Defendant  No. 1 Name _____

        Street Address _____

        County, City _____

        State & Zip Code _____

        Telephone Number _____

Defendant  No. 2 Name _____

        Street Address _____

        County, City _____

        State & Zip Code _____

        Telephone Number _____

Defendant  No. 3 Name _____

        Street Address _____

        County, City _____

        State & Zip Code _____

        Telephone Number _____

Defendant  No. 4 Name _____

        Street Address _____

        County, City _____

        State & Zip Code _____

        Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction?  *(check all that apply)*

   ☐ Federal Questions    ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

   _____

   _____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship _____

   Defendant(s) state(s) of citizenship _____

   _____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

C.    Facts: _____

_____

| What happened to you? |

_____

_____

_____

| Who did what? |

_____

_____

_____

_____

| Was anyone else involved? |

_____

_____

| Who else saw what happened? |

_____

_____

_____

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

**V.       Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

Signature of Plaintiff       _____

Mailing Address              _____

                             _____

                             _____

Telephone Number             _____

Fax Number *(if you have one)*  _____


Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.


For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.


Signature of Plaintiff:      _____

Inmate Number                _____


*Rev. 12/2009*                                    4