UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SCALES,<br><br>                           Plaintiff,<br><br>-against-<br><br>JOHN DOE POLICE OFFICERS; 23RD PRECINCT, NEW YORK POLICE DEPARTMENT; THE STATE OF NEW YORK; OFFICE OF CORPORATION COUNSEL FOR THE CITY OF NEW YORK,<br><br>                           Defendants. | 23-CV-9116 (DEH) (GS)<br><br>AMENDED ORDER<br>OF SERVICE[1] |

GARY STEIN, United States Magistrate Judge:

Plaintiff, proceeding *pro se*, filed his Third Amended Complaint on May 5, 2025, naming three Defendants: (1) the City of New York; (2) Police Officer Debora Matias, and (3) Police Officer Thomas Palmato.  The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order.  The Court requests that Defendants the City of New York, Officer Debora Matias, and Officer Thomas Palmato waive service of summons.

SO ORDERED.

Dated:   May 9, 2025
         New York, New York

                                                                _____
                                                                GARY STEIN
                                                                United States Magistrate Judge

---

[1] On May 8, 2025, the Court issued an order directing service on Defendants through the United States Marshal Service. (Dkt. No. 23).  This order reflects the court's recent memorandum of understanding for electronic service with the New York City Police Department.