

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SEAMUS O'CONNOR**
*Assistant Corporation Counsel*
Phone: (212) 356-2337
Fax: (212) 356-3509
seoconno@law.nyc.gov

April 2, 2026

**VIA ECF**
Honorable Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

> Re:    William Scales v. City of New York, et al.,
>         23 Civ. 9116 (DEH) (GS)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks Corporation Counsel of the City of New York, and the attorney for Defendants Officer Mattias and Officer Palmato in the above referenced matter. Defendants write to respectfully request an adjournment of the initial case management conference, presently scheduled for April 16, 2026 at 11:30 a.m., to an alternative date and time more convenient to the Court. Defendants also respectfully request an extension to file a proposed discovery plan. This is Defendants' first request to adjourn the conference and it is made with Plaintiff's consent.

By way of background, Plaintiff bring this § 1983 action against the City of New York, NYPD, and individually named officers, alleging that he was subjected to an illegal stop, excessive force, and falsely arrested that resulted in his arrest of August 10, 2023. (ECF No. 1) Defendants moved to Dismiss the Complaint. (ECF Nos. 32-35) The Court granted the motion in part and allowed the illegal stop claim against the individual defendants to survive. (ECF No. 40) The Court ordered a virtual initial case management conference be held on April 16, 2026 at 11:00 a.m. (ECF No. 41)

Defendants respectfully request an adjournment of the conference in light of the fact that the undersigned has recently been assigned to trial for the matter of Wilson Lugo v. Pedro Gomez et al., 19 Civ. 6086 (VSB) in the Southern District of New York which is set to occur on the week of April 13, 2026 through April 17, 2026. As such the undersigned expects to be fully

occupied for that week and the week preceding it. Per Your Honor's Individual Rules, the parties propose May 4, 18, 2026 in the afternoon as alternative dates.[1]

Thank you for your time and consideration in this matter.

Respectfully submitted,

/s/ Seamus O'Connor

Seamus O'Connor
Assistant Corporation Counsel
Special Federal Litigation

CC:    **BY ECF**
William Scales
60 E. 112th Street
Apt. 509
New York, NY 10029
347 781 6199
PRO SE

Application granted.  The Initial Case Management Conference scheduled for April 16, 2026 is hereby adjourned to Monday, May 4, 2026 at 2:00 p.m.  The parties shall join the conference pursuant to the instructions at Docket Number 41.  Additionally, the deadline for the parties to submit a proposed case management plan for further proceedings in this case is hereby extended to Monday, April 27, 2026.  SO ORDERED

Date:   April 3, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

---

[1] The undersigned is available all day for the proposed dates but Plaintiff respectfully requests the conference be held in the afternoon due to his work schedule.

2