**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

WILLIAM SCALES,

Plaintiff,

-against-

NEW YORK POLICE DEPARTMENT,

Defendant.

---------------------------------------------------------------X

**23 Civ. No. 9116 (DEH) (GS)**

**VIDEO DISCOVERY CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Discovery Conference on **Monday, October 5, 2026 at 3:00 p.m.** The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [259 942 134 787 006] Passcode: [ot7Qj6cK]**

**SO ORDERED.**

DATED: New York, New York
September 1, 2026

___________________________________
The Honorable Gary Stein
United States Magistrate Judge