**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

WILLIAM SCALES,

Plaintiff,

-against-

NEW YORK POLICE DEPARTMENT, *et al.,*

Defendant.

------------------------------------------------------------------------X

**25 Civ. 9116 (DEH) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On October 5, 2026, the Court held a discovery conference with respect to Defendants' motion to compel outstanding discovery responses from Plaintiff or, in the alternative, host a conference to discuss the issue. (Dkt. No. 54). The conference was scheduled on September 1, 2026, and the docket reflects that the Court's scheduling order was mailed to Plaintiff at his mailing address. (Dkt. No. 55 and Docket Entry dated Sept. 2, 2026). Nevertheless, Plaintiff did not appear at the conference, despite efforts to reach him by the Court and Defendants' counsel during the conference.

Accordingly, and based on Defendants' submissions showing that Plaintiff has failed to respond to their discovery requests since they were served in June 2026 (Dkt. Nos. 49, 51, 54, 56), and Plaintiff's lack of opposition thereto, Defendants' motion to compel outstanding discovery responses by a date certain is **GRANTED**. Plaintiff shall submit responses to Defendants' interrogatories and requests for production by no later than November 5, 2026. Plaintiff is expressly warned that failure to meet this deadline may result in his case being dismissed for failure to prosecute and/or failure to comply with a court order. Finally, as discussed during the conference, Defendants shall serve Plaintiff with a copy of this order via

email (in addition to the Clerk of the Court mailing the order to Plaintiff at his mailing address indicated on the docket).

**SO ORDERED.**

DATED: New York, New York
October 5, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge